IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT MEYER, Individually
and On Behalf of All Others
Similarly Situated,**

    **Plaintiff,**

**vs.**                                     **CASE NO. 5:11-cv-27/RS-EMT**

**THE ST. JOE COMPANY,
et al.,**

    **Defendants.**
_____/

## ORDER

**IT IS ORDERED:**

1. Defendants shall answer, move against, or otherwise respond to the First Amended Consolidated Class Action Complaint (Doc. 101) not later than October 17, 2011.

2. If any Defendant moves to dismiss the amended complaint, the following scheduled shall apply:

    a. The lead plaintiff shall have 14 days from the date of the motion is served to serve opposition papers; and

    b. The moving Defendant(s) shall have 14 days from the date the lead plaintiff serves opposition papers to serve a reply brief, if any, in further support of the moving Defendant(s)' respective motion(s).

**ORDERED** on September 27, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
