**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ROBERT J MEYER , GERALD L HESS, RICHARD L KNEISEL, CITY OF SOUTHFIELD FIRE & POLICE RETIREMENT SYSTEM, STEVEN L WEISSMANN,

VS

CASE NO. 5:11-cv-00027-RS-EMT

WILLIAM BRITTON GREENE, WILLIAM S MCCALMONT, JANNA L CONNOLLY, KPMG LLP, ST JOE COMPANY, PETER S RUMMELL

**JUDGMENT**

This action came before the Court with the Honorable Richard Smoak presiding and a decision has been rendered.

This case is DISMISSED with prejudice for failure to state a claim.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

January 12, 2012
DATE

s/ Jennifer Martin
Deputy Clerk: Jennifer Martin