IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

| | |
|---|---|
| ROBERT J. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>THE ST. JOE COMPANY, *et al.*,<br><br>                Defendants. | No. 5:11-cv-00027-RS-EMT<br><br><u>CLASS ACTION</u> |

## **NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff City of Southfield Fire & Police Retirement System, individually and on behalf of all others similarly situated, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered in favor of the defendants on January 12, 2012. This notice encompasses the Judgment entered by the Clerk of the Court as well as all prior and subsequent rulings related to the Judgment.

DATED: March 15, 2012 ROBBINS GELLER RUDMAN
 & DOWD LLP


          *s/ Douglas Wilens*
          DOUGLAS WILENS

PAUL J. GELLER
Florida Bar No. 984795
JACK REISE
Florida Bar No. 58149
DOUGLAS WILENS
Florida Bar No. 79987
STEPHEN R. ASTLEY
Florida Bar No. 139254
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
jreise@rgrdlaw.com
dwilens@rgrdlaw.com
sastley@rgrdlaw.com

**LABATON SUCHAROW LLP**
MARK S. ARISOHN
JONATHAN GARDNER
MINDY S. DOLGOFF
140 Broadway, 34th Floor
New York, NY  10005-1108
Telephone:  212/907-0700
212/818-0477 (fax)

*Co-Lead Counsel for Plaintiff*

**VANOVERBEKE MICHAUD &
   TIMMONY, P.C.**
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201-3120
Telephone:  313/578-1200
313/578-1201 (fax)

*Additional Counsel for Plaintiff*

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on March 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                   *s/ Douglas Wilens*
                   DOUGLAS WILENS