**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

May 16, 2013

For rules and forms visit
www.ca11.uscourts.gov

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 12-11488-FF
Case Style: City of Southfield Fire Police v. William Greene, et al
District Court Docket No: 5:11-cv-00027-RS-EMT

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin
Phone #: (404) 335-6178

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 12-11488

---

District Court Docket No.
5:11-cv-00027-RS-EMT

ROBERT J. MEYER,
Individually and on Behalf of all
Others Similarly Situated, et al.,

Plaintiffs,

CITY OF SOUTHFIELD FIRE & POLICE RETIREMENT SYSTEM,

Plaintiff - Appellant,

versus

WILLIAM BRITTON GREENE,
WILLIAM S. MCCALMONT,
JANNA L. CONNOLLY,
KPMG LLP,
ST. JOE COMPANY,
PETER S. RUMMELL,

Defendants - Appellees,

MICHAEL L. AINSLIE, et al.,

Defendants.

---

Appeal from the United States District Court for the
Northern District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 25, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
May 16, 2013